(55 Misc. Rep. 227)

### BRUMMER v. GEORGE B. VAN CLEVE CO.

(Supreme Court, Appellate Term.  June 27, 1907.)

EVIDENCE—EXHIBITS IN FOREIGN LANGUAGE.

Exhibits in a foreign language, not translated into English, are inadmissible in evidence.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 20, Evidence, § 1428.]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by Leon Brummer against the George B. Van Cleve Company. From a judgment for plaintiff, defendant appeals. Reversed, and record returned for amendment.

Argued before GILDERSLEEVE, P. J., and SEABURY and PLATZEK, JJ.

John L. Lockwood, for appellant.
Eugene Cohn, for respondent.

PER CURIAM. This is an action to recover damages for the breach of an advertising contract. During the progress of the trial two exhibits, respectively 11 and 12, relating to the suit on trial, were offered in evidence, and appear to be in the Spanish language. Defendant's counsel objected to the admission of these exhibits upon the ground that they were in a foreign language and not translated. The objection was overruled, and the exhibits admitted, to which exception was taken. In Squadrilli v. Ciervo (Sup.) 101 N. Y. Supp. 661, this court held that causes should be tried altogether in the English language, reversing a judgment rendered where some of the exhibits were in the French language. Because of this error, it is needless to consider any other question in the case.

Judgment reversed, and record returned to the file for amendment.